IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE HANUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>HARTING, INC. OF NORTH AMERICA,<br><br>Defendant/Counter-Plaintiff. | Case No. 1:21-cv-5289<br><br>Hon. Andrea R. Wood |

## JOINT STATUS REPORT

Plaintiff Michelle Hanus ("Plaintiff") and Defendant HARTING, Inc. of North America ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, submit the following Joint Status Report pursuant to the Court's May 31, 2023 order ("Order"). *See* Dkt. 62.

1. Pursuant to the Court's direction in the Order, the Parties have worked cooperatively in meeting and conferring regarding the specific issues mentioned in the Order and related issues regarding conditional certification. For example, the Parties have exchanged drafts of revised proposed notices and also discussed the proposed noticed program in multiple emails and by telephone.

2. The Parties believe that an additional 14-day period would be beneficial for them to further address some of the outstanding issues. Accordingly, the parties respectfully request that they be allowed to submit an updated Joint Status Report on June 21, 2023. The Parties are hopeful that this additional 14-day period will help to narrow the potential issues in dispute and

1

thus conserve the Court's judicial resources. The requested extension is not sought by any of the Parties to unduly delay the proceedings.

3. The Parties would be happy to proceed with the telephonic status hearing that is presently scheduled for June 14, if the Court so desires. But, if the Court permits the Parties to file an updated Joint Status Report on June 21 and wishes to review that updated Joint Status Report in advance of a telephonic status hearing, then the Parties jointly propose that the June 14 hearing be rescheduled to a date on or about June 28, 2023, depending on the Court's availability.[1]

Date: June 7, 2023                                                                     Respectfully submitted,

| | |
|---|---|
| */s/ Colby Qualls* | /s/ *Andrew S. Rosenman* |
| Josh Sanford | Andrew S. Rosenman |
| Colby Qualls | David S. Levine |
| SANFORD LAW FIRM, PLLC | MAYER BROWN LLP |
| 10800 Financial Centre Parkway, Suite 510 | 71 South Wacker Drive |
| Little Rock, AR 72211 | Chicago, IL 60606 |
| (501) 221-0088 | (312) 782-0600 |
| josh@sanfordlawfirm.com | arosenman@mayerbrown.com |
| colby@sanfordlawfirm.com | dlevine@mayerbrown.com |
| | |
| *Counsel for Plaintiff/Counter-Defendant* | *Counsel for Defendant/Counter-Plaintiff* |

---

[1] If the Court prefers that the Parties submit a Joint Motion to reset the deadlines in accordance with their proposals herein, the Parties will, of course, be happy to do so.