**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division**

Michelle Hanus
                                    Plaintiff,

v.                                                                   Case No.: 1:21−cv−05289
                                                                   Honorable Andrea R. Wood

Harting, Inc. of North America
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 8, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed the parties' joint status report [63], in which they report that they require additional time to discuss some outstanding issues regarding revisions to the proposed form of notice. In light of their report, by 6/21/2023, the parties shall file a joint status report along with a revised form of notice and reminder notice. The joint status report shall include an agreed timetable for the notification process, including dates by which Defendant will provide names and last known mailing and email addresses of potential opt−in plaintiffs and by which notices will be sent. Telephonic status hearing set for 6/14/2023 is stricken and reset for 6/28/2023 at 9:30 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.