**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE HANUS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-5289 |
| Plaintiff/Counter-Defendant, | |
| v. | Hon. Andrea R. Wood |
| HARTING, INC. OF NORTH AMERICA, | |
| Defendant/Counter-Plaintiff. | |

**DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Defendant/Counter-Plaintiff HARTING, Inc. of North America ("HARTING"), by and through its undersigned counsel, hereby moves pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56.1 for partial summary judgment. In particular, and as described further in its concurrently-filed supporting brief, HARTING moves for summary judgment **(1)** on its Counterclaim (Dkt. 34) for breach of contract as to liability, and **(2)** on Count II of Plaintiff Michelle Hanus's Complaint (Dkt. 1). HARTING requests that the Court declare that Hanus has breached her contract with HARTING and that she cannot proceed with a collective action, and, accordingly, the Court should also dismiss Count II of the Complaint with prejudice. In support of this Motion, HARTING relies on the following concurrently-filed documents:

1. Defendant/Counter-Plaintiff's Brief in Support of its Motion for Partial Summary Judgment;

2. Defendant/Counter-Plaintiff's Local Rule 56.1(a)(2) Statement of Material Facts; and

1

3. Declaration of Jennifer Centimano with an accompanying Exhibit.[1]

WHEREFORE, HARTING respectfully requests that the Court enter an Order granting its motion as set forth above and in its accompanying Brief.

Date:   June 19, 2023                                       Respectfully submitted,

                                                            /s/ *Andrew S. Rosenman*
                                                            Andrew S. Rosenman
                                                            David S. Levine
                                                            MAYER BROWN LLP
                                                            71 South Wacker Drive
                                                            Chicago, IL 60606
                                                            (312) 782-0600
                                                            arosenman@mayerbrown.com
                                                            dlevine@mayerbrown.com

                                                            *Counsel for Defendant/Counter-Plaintiff*
                                                            *HARTING, Inc. of North America*

---

[1] HARTING has filed sealed and public versions of the three abovementioned items consistent with the Court's prior orders (Dkts. 26, 32) and Hanus's submission of sealed and public versions of her related filings (*see, e.g.*, Dkts. 65-66). If the Court would prefer that HARTING file a separate motion to seal for each of its filings containing confidential information, HARTING would be happy to do so.

## <u>CERTIFICATE OF SERVICE</u>

I, David S. Levine, an attorney, hereby certify that on June 19, 2023, I caused a true and correct copy of the foregoing **DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all persons by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ *David S. Levine*
David S. Levine
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
dlevine@mayerbrown.com