## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michelle Hanus

                              Plaintiff,

v.                                                  Case No.: 1:21−cv−05289

                                                           Honorable Andrea R. Wood

Harting, Inc. of North America

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 27, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Having reviewed the parties' joint status report [74], the Court adopts the parties' proposal as follows: Plaintiff shall respond to Defendant's motion for partial summary judgment by 7/14/2023 and Defendant shall reply by 7/31/2023. The deadline for the parties to provide a timetable, as appropriate, for any notice period to potential opt−ins as well as copies of any revised form of notice and reminder notice to putative collective action members is stricken, to be reset after the Court rules on the motion for partial summary judgment. The Court further notes the parties' agreement, as set forth in their joint status report, that the statute of limitations for any potential opt−in plaintiffs should be tolled from 5/31/2023 until 14 days after the Court rules on Defendant's motion for partial summary judgment. Telephonic status hearing set for 6/28/2023 is stricken and reset for 10/5/2023 at 9:00 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.