IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MICHELLE HANUS, Individually and on
Behalf of All Others Similarly Situated**                                    **PLAINTIFF**

vs.                       No. 1:21-cv-5289-ARW

**HARTING, INC. OF NORTH AMERICA**                                        **DEFENDANT**

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiff in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100.

        Respectfully submitted,

        **ATTORNEY COLBY QUALLS**

        FORESTER HAYNIE, PLLC
        400 North Saint Paul Street, Ste. 700
        Dallas, Texas 75201
        Telephone: (214) 210-2100

        */s/ Colby Qualls*
        Colby Qualls
        Ark. Bar No. 2019246
        cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

Andrew S. Rosenman, Esq.
David S. Levine, Esq.
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
arosenman@mayerbrown.com
dlevine@mayerbrown.com

        */s/ Colby Qualls*
        **Colby Qualls**