**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Michelle Hanus
                        Plaintiff,

v.                                         Case No.: 1:21−cv−05289
                                                            Honorable Andrea R. Wood

Harting, Inc. of North America
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 2, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Motion by counsel to withdraw as attorney [81] is granted. Attorney Colby Qualls is terminated as counsel of record. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.