# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHELLE HANUS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff/Counter-Defendant,<br><br>v.<br><br>HARTING, INC. OF NORTH AMERICA,<br><br>    Defendant/Counter-Plaintiff. | Case No. 1:21-cv-5289<br><br>Hon. Andrea R. Wood |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, the undersigned, David S. Levine, respectfully requests that the Court grant him leave to withdraw as counsel for HARTING, Inc. of North America ("HARTING") in the above-captioned matter. Mr. Levine is departing Mayer Brown LLP. His withdrawal will not cause any delay or adversely affect the interests of the client because the other below-listed Mayer Brown LLP attorney will continue to represent HARTING in the litigation.

Date:  August 18, 2023

                                                              Respectfully submitted,

                                                              /s/ *David S. Levine*
                                                              Andrew S. Rosenman
                                                              David S. Levine
                                                              MAYER BROWN LLP
                                                              71 South Wacker Drive
                                                              Chicago, IL 60606
                                                              (312) 782-0600
                                                              arosenman@mayerbrown.com
                                                              dlevine@mayerbrown.com

                                                              *Counsel for Defendant/Counter-Plaintiff*
                                                              *HARTING, Inc. of North America*

**CERTIFICATE OF SERVICE**

      I, David S. Levine, an attorney, hereby certify that on August 18, 2023, I caused a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** to be filed and served electronically via the court's CM/ECF system. Notice of this filing will be sent by e-mail to all persons by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

/s/ *David S. Levine*
David S. Levine
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
(312) 782-0600
dlevine@mayerbrown.com