UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 24-0024

IT APPEARING THAT, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Georgia N. Alexakis; therefore

IT IS HEREBY ORDERED that the attached list of 293 cases be reassigned to the Honorable Georgia N. Alexakis; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable Georgia N. Alexakis' webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Georgia N. Alexakis to the Court's civil case assignment system during the next business day, so that she shall receive a full share of such cases; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Georgia N. Alexakis to the Court's criminal case assignment system twelve (12) months from the date of this order so that Judge Alexakis shall thereafter receive a full share of such cases.

ENTER:

FOR THE EXECUTIVE COMMITTEE

_____
Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 23th day of August, 2024

**Civil Cases Reassigned from Judge Alonso**

| | |
|---|---|
| 1:22-cv-04953 | Jawny v. Home Depot U.S.A., Inc. |
| 1:22-cv-06045 | Harris v. City of Chicago et al |
| 1:23-cv-02836 | AbbVie Inc. v. Payer Matrix, LLC |
| 1:23-cv-03707 | Clauser v. Sunrise ABA, LLC |
| 1:23-cv-10393 | Sharma D.O. v. Berkshire Life Insurance Company of America |
| 1:24-cv-01111 | Vance v. Amazon.Com Services, LLC. |
| 1:24-cv-02467 | Hynes et al v. Forde & O'Meara LLP et al |
| 1:24-cv-03493 | Bush v. PCC Community Wellness Center |
| 1:24-cv-04614 | Arnold III v. Raoul et al |
| 1:24-cv-05298 | Hit 55 Ventures, LLC v. Bhavani, LLC et al |
| 1:24-cv-06085 | Williams v. Amtrak |
| 1:24-cv-06814 | Ahmed v. Defendant 1 et al |

**Civil Cases Reassigned from Judge Blakey**

| | |
|---|---|
| 1:15-cv-08940 | Gamon Plus, Inc. et al v. Campbell Soup Company et al |
| 1:21-cv-01934 | Medina v. Izquierdo et al |
| 1:21-cv-02519 | Organized Communities Against Deportations et al v. Immigration and Customs Enforcement |
| 1:22-cv-04768 | Anderson v. City Of Chicago et al |
| 1:23-cv-01619 | Anderson v. Batista et al |
| 1:23-cv-14564 | Chicago & Vicinity Laborers' District Council Pension Plan et al v. Dynamic Wrecking & Excavation Inc. |
| 1:23-cv-16104 | Hemphill v. Bielema et al |
| 1:24-cv-01965 | United States of America v. Davenport et al |
| 1:24-cv-03131 | Welch et al v. J.P. Morgan Chase Bank N.A. |
| 1:24-cv-04194 | Clay v. Union Pacific Railroad Company |
| 1:24-cv-05637 | Parker v. Dept. of Housing Urban Development et al |
| 1:24-cv-06058 | Lastres v. JoHawk, LLC |

**Civil Cases Reassigned from Judge Bucklo**

| | |
|---|---|
| 1:22-cv-05773 | Carmona v. 4-Brothers Transport LLC et al |
| 1:23-cv-01570 | King v. Dart et al |
| 1:23-cv-05791 | Sanchez v. Illinois Department of Employment Security (IDES) |
| 1:23-cv-14204 | Eason v. Raoul et al |
| 1:24-cv-00089 | Hernandez v. Union Pacific Railroad Company |
| 1:24-cv-00771 | White v. Walgreen Co. |
| 1:24-cv-02512 | Garcia v. Grand Jury of the Circuit Court of Cook County et al |
| 1:24-cv-02734 | Yang et al v. DeRiggi |
| 1:24-cv-03854 | Galvan v. City Of Chicago et al |
| 1:24-cv-04103 | Lele Zhang v. Firegemss et al |
| 1:24-cv-05043 | Williams et al v. United States of America |
| 1:24-cv-05198 | Hypertherm, Inc. v. The Individuals, Partnerships and Unincorporated Associations Identified in Schedule A |

**Civil Cases Reassigned from Judge Chang**

| | |
|---|---|
| 1:21-cv-03085 | Biesterfeld et al v. Ariosa Diagnostics, Inc. et al |
| 1:21-cv-03347 | Stinson v. Chicago Police Department et al |
| 1:22-cv-03219 | SBC Tower Holdings, LLC v. Lariba Group, LLC et al |
| 1:22-cv-04574 | Fisher v. City of Chicago et al |

| | |
|---|---|
| 1:23-cv-00233 | ZHENG v. COINMETRO GROUP OU et al |
| 1:23-cv-02891 | Santiago v. Tesla, Inc. |
| 1:23-cv-05680 | Dubberke v. Wendy's International, LLC et al |
| 1:23-cv-16085 | Begum et al v. Mayorkas et al |
| 1:24-cv-03265 | Powell et al v. Burke Dermatology S.C., et al |
| 1:24-cv-04789 | Dominguez vs National Bulk Equipment, Inc.et al |
| 1:24-cv-05590 | Safety National Casualty Corporation v. Sally Beauty Supply LLC et al |
| 1:24-cv-06365 | Adams v. Isomedix Operations, Inc. et al |

### Civil Cases Reassigned from Judge Coleman

| | |
|---|---|
| 1:20-cv-01176 | Haywood v. Boy Scouts of America et al |
| 1:22-cv-01177 | Galeano v. Discount Green Dry Cleaners INC. et al |
| 1:22-cv-03609 | Wilson v. Perez et al |
| 1:23-cv-00650 | Carrero v. City of Chicago |
| 1:23-cv-01940 | Katsis v. Midland Credit Management, Inc. |
| 1:23-cv-04953 | Rodriguez et al v. ByteDance, Inc. et al |
| 1:23-cv-05806 | Fanady v. Dart et al |
| 1:23-cv-16118 | McKnight v. United Airlines, Inc et al |
| 1:24-cv-01778 | Arvest Bank v. Truck and Trailer Leasing Avenue, LLC et al |
| 1:24-cv-02928 | Fontanez v. Frozen Assets Cold Storage, LLC |
| 1:24-cv-04048 | Lopez v. Cooper Air Freight Service, Inc. et al |
| 1:24-cv-05195 | F.A.M. Development, Inc. et al v. Village of South Holland, an Illinois Municipal Corporation et al |

### Civil Cases Reassigned from Judge Cummings

| | |
|---|---|
| 1:24-cv-00585 | Swanson v. Alpha Kappa Alpha Sorority et al |
| 1:24-cv-01206 | Hengels v. Dunning Donuts, Inc. |
| 1:24-cv-02610 | Mashburn v. National Railroad Passenger Corporation et al |
| 1:24-cv-02769 | Reed v. Steinhauer et al |
| 1:24-cv-02925 | Soloway v. ALM Global, LLC et al |
| 1:24-cv-03655 | Mattel, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-04417 | Reyes v. Experian Information Solutions, Inc. |
| 1:24-cv-04438 | TV Tokyo Corporation v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:24-cv-05178 | Thomas H. Hooper v. Jill R. Crawford |
| 1:24-cv-05235 | SAM v. Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-06051 | O'Neal v. Waste Management Inc et al |
| 1:24-cv-06748 | Reynolds v. Hearthside Food Solutions, LLC |

### Civil Cases Reassigned from Judge Daniel

| | |
|---|---|
| 1:21-cv-04606 | Grissette v. City Of Aurora et al |
| 1:22-cv-03572 | Sam Malone Hot Wheel LLC et al v. Asap Trans Corp |
| 1:22-cv-07204 | Ross et al v. Westar Refrigerated Transportation et al |
| 1:23-cv-04268 | Cruz v. Guevara et al |
| 1:23-cv-10817 | Clark v. Dart et al |
| 1:23-cv-16485 | Foxmoor Townhome Owners Assoc. v. Greater New York Mutual Insurance Company |
| 1:24-cv-01441 | Williams Jr. et al v. Pritzker et al |
| 1:24-cv-02433 | Espinosa v. Carole Robertson Center for Learning |
| 1:24-cv-04322 | Thodos et al v. Tristate Capital Bank |
| 1:24-cv-04665 | Strike 3 Holdings, LLC v. DOE subscriber assigned IP address: 73.50.57.211 |

| | |
|---|---|
| 1:24-cv-05222 | Armijos v. Jovanovic et al |
| 1:24-cv-06324 | Au et al v. INTEGRATED DECISIONS AND SYSTEMS et al |

## Civil Cases Reassigned from Judge Durkin

| | |
|---|---|
| 1:21-cv-05445 | Think Green Limited v. Medela AG et al |
| 1:22-cv-03680 | Mahwikizi v. Uber Technologies, Inc. et al |
| 1:22-cv-03697 | Montgomery v. City of Chicago |
| 1:23-cv-01720 | The Estate of Rudolph Isley v. Isley |
| 1:23-cv-01741 | Martinez v. Guevara et al |
|     1:24-cv-01598 | Tinajero v. City Of Chicago et al |
|     1:24-cv-05354 | Kelly v. Guevara et al |
| 1:23-cv-04802 | Henderson v. Boudreau et al |
|     1:23-cv-04803 | Tyler v. The City of Chicago et al |
| 1:23-cv-17061 | Great West Casualty Company v. Black Horse Carriers, Inc. et al |
| 1:24-cv-01200 | Merch Traffic, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-02901 | Wilt v. Real ID, Inc. et al |
| 1:24-cv-04219 | De Lage Landen Financial Services, Inc. v. New Age Leasing LLC et al |
| 1:24-cv-05442 | Martinez v. Spring Oaks Capital SPV, LLC |
| 1:24-cv-06244 | Barrera v. BASF Corporation et al |

## Civil Cases Reassigned from Judge Ellis

| | |
|---|---|
| 1:22-cv-00295 | Karling v. Samsara Inc. |
| 1:23-cv-00835 | State Farm Mutual Automobile Insurance Company et al v. Hospital Capital Partners, LLC et al |
| 1:23-cv-03996 | Rainey v. Hub Group Inc. et al |
| 1:23-cv-14029 | WFRBS 2013-C18 North Wabash Avenue, LLC v Employers Insurance Company of Wausau |
| 1:23-cv-16142 | Santiago v. Wilson et al |
| 1:24-cv-01713 | Doe v. The Individuals, Corporations, Limited Liability Companies, and Unincorporated Partnerships, And Unincorporated Associations Identified on Schedule A to the Complaint |
| 1:24-cv-01927 | Guzman Marroquin v. Patel et al |
| 1:24-cv-03226 | 117 Church Road LLC v. Melvani et al |
| 1:24-cv-04127 | Fisher o/b/o A.L.M., a minor, o/b/o Edwin Maldonado, deceased, et al |
| 1:24-cv-04872 | Maskey v. Clarity Clinic, PLLC f/k/a Clarity Clinic, LLC |
| 1:24-cv-05749 | Central States, Southeast and Southwest Areas Health and Welfare Fund et al v. Claud et al |
| 1:24-cv-06418 | Griffiths v. Medline et al |

## Civil Cases Reassigned from Judge Gettleman

| | |
|---|---|
| 1:22-cv-05763 | Flagg v. Watts et al |
| 1:22-cv-03955 | Willis v. C.T.O. Johnson |
| 1:23-cv-14364 | Perry v. City of Chicago et al |
| 1:23-cv-15232 | Embrey v. St. Charles Trading, Inc et al |
| 1:24-cv-02624 | The Huntington National Bank v. Queen Freight Inc. et al |
| 1:24-cv-02762 | O'Dea v. L'Oreal, USA |
| 1:24-cv-03825 | Rinehart v. USKO Express, Inc. et al |
| 1:24-cv-03999 | Kirby v. Gasaway Distributors Inc. |
| 1:24-cv-05554 | Art Ask Agency v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |

| | |
|---|---|
| 1:24-cv-05908 | Reed v. Davis et al |
| 1:24-cv-06620 | ARWA & CHANGE ADVOCATES LLP v. Smith LaCien LLP et al |
| 1:24-cv-06635 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. Whiteline Construction, Inc. |

### Civil Cases Reassigned from Judge Gottschall

| | |
|---|---|
| 1:20-cv-01221 | Ricchio v. Wilkie |
| 1:23-cv-04975 | Jones et al v. Chicago et al |
| 1:24-cv-02168 | W. v. Health Care Service Corporation |
| 1:24-cv-03997 | EnchantedMob, Inc. et al v. The Partnerships And Unincorporated Associations Identified On Schedule A, |
| 1:24-cv-05703 | Joyce v. Planet Equity Group, LLC |

### Civil Cases Reassigned from Judge Harjani

| | |
|---|---|
| 1:23-cv-01410 | Berry v. The Board of Trustees of The University of Illinois |
| 1:24-cv-03163 | Guerrero v. USAA Casualty Insurance Company |
| 1:24-cv-03751 | James et al v. Starkey et al |
| 1:24-cv-03812 | Popilush, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-04338 | Larry Otis Jackson Jr. Trust v. Joe Rizza Acura |
| 1:24-cv-04642 | Ellis et al v. Oak Lawn Hyundai Inc. d/b/a Happy Hyundai et al |
| 1:24-cv-04747 | Schmidt v. LexisNexis Risk Solutions Inc. |
| 1:24-cv-05452 | Oakley, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-05500 | FORD MOTOR COMPANY v. The Entities and Individuals Identified in Exhibit A |
| 1:24-cv-05577 | B.S. v. Ann & Robert H. Lurie Children's Hospital of Chicago |
| 1:24-cv-06028 | Ivy v. Amazon.com Services, LLC |
| 1:24-cv-06279 | Jackson v. BASF Corporation et al |

### Civil Cases Reassigned from Judge Hunt

| | |
|---|---|
| 1:21-cv-02232 | Stevens v. US Department of Justice et al |
| 1:22-cv-02800 | Curry v. The Dufresne Spencer Group LLC |
| 1:22-cv-07193 | Matthews v. Wexford Health Sources, Inc., et al |
| 1:23-cv-04191 | Becker v. Akhan Technologies, Inc. et al |
| 1:23-cv-15502 | Fron v. City of Chicago |
| 1:24-cv-00170 | Dingeldein v. Union Pacific Railroad Company |
| 1:24-cv-02021 | Flores v. National Railroad Passenger Corp. |
| 1:24-cv-03096 | Illumafinity, LLC v. The Partnerships and Unincorporated Associations Identified In Schedule A |
| 1:24-cv-04195 | Morris v. Walmart, Inc. |
| 1:24-cv-04957 | O'Neil v. Cermak Health Service et al |
| 1:24-cv-06052 | Anderson v. ARB Gaming, LLC |
| 1:24-cv-06640 | Continental Bank v. Roundel, Inc. et al |

### Civil Cases Reassigned from Judge Jenkins

| | |
|---|---|
| 1:20-cv-06401 | GCM Partners, LLC v. Hipaaline Ltd. et al |
| 1:21-cv-06439 | Chicago & Vicinity Laborers' District Council Pension Fund et al v. Continental Construction Company, Inc. et al |
| 1:22-cv-03773 | Williams et al v. City Of Chicago et al |
| 1:24-cv-01396 | Williams v. City of Chicago et al |

| | |
|---|---|
| 1:22-cv-05891 | Hartley v. University of Chicago Medical Center et al |
| 1:23-cv-03688 | Fonseca v. Hornblower Cruises and Events, LLC |
| 1:23-cv-14786 | Pittman v. Halloran et al |
| 1:24-cv-00072 | Robakidze v. Wild Investment Company dba Lifesport Tennis and Athletic Clubs |
| 1:24-cv-02126 | Tracy v. Thornton Township et al |
| 1:24-cv-03626 | Baldwin v. Crow et al |
| 1:24-cv-04840 | Mercedes Benz Financial Services USA, LLC v. City of Chicago |
| 1:24-cv-05642 | Hollister Incorporated v. Sugrue |
| 1:24-cv-06379 | Schmitz v. Cosmed Group, Inc. et al |

### Chief Civil Cases Reassigned from Judge Kendall

| | |
|---|---|
| 1:22-cv-05847 | Thompson v. City of Chicago et al |
| 1:23-cv-05395 | Burton v. HMS Host |
| 1:23-cv-17064 | Canel v. Art Institute of Chicago et al |
| 1:24-cv-01455 | Ko et al v. University of the Potomac at Chicago LLC et al |
| 1:24-cv-05628 | Kitsch LLC v. The Partnerships and Unincorporated Corporations Identified on Schedule "A" |
| 1:24-cv-06325 | Locher v. Cosmed Group, Inc. et al |

### Civil Cases Reassigned from Judge Kness

| | |
|---|---|
| 1:20-cv-00936 | Trakselis v. Village of Justice, et al |
| 1:21-cv-02017 | Labanieh v. Kassar et al |
| 1:22-cv-02718 | Treppel Family Trust v. Gonzalez et al |
| 1:22-cv-03459 | Katcher v. Gonzalez et al |
| 1:22-cv-05810 | Wilkins v. City of Chicago et al |
| 1:23-cv-01510 | Stockman v. Massage Envy Franchising, LLC |
| 1:23-cv-03586 | Scott v. Davis |
| 1:23-cv-14915 | Hexin Holding Limited v Parties Identified on Schedule A |
| 1:23-cv-16999 | Bettis v. IDCFS et al |
| 1:24-cv-01946 | Gomez v. Royal Home Furnishings, Inc. et al. |
| 1:24-cv-03230 | Maldonado v. HB Payroll, LLC |
| 1:24-cv-03664 | Henderson v. Next Click Partners, LLC. |
| 1:24-cv-04510 | Jenkins v. Caine & Weiner Company, LLC |

### Civil Cases Reassigned from Judge Kocoras

| | |
|---|---|
| 1:21-cv-06277 | Gibbs v. ABT Electronics, Inc. et al |
| 1:21-cv-06514 | Haake v. Macneil Automotive Products LLC |
| 1:22-cv-00675 | Brown v. Chicago Transit Authority et al |
| 1:23-cv-03170 | Kayossi v. BMO Harris Bank 6864 |
| 1:23-cv-03510 | Zhang v. Bank of China (Chicago Branch) |
| 1:23-cv-03776 | Hashmi et al v. 7-Eleven, Inc. |
| 1:23-cv-14319 | Schwartz v. Supply Network, Inc., d/b/a Viking SupplyNet, a foreign corporation |
| 1:23-cv-14433 | Staggers v. Menard, Inc. |
| 1:24-cv-00249 | Vassileva v. City Of Chicago |
| 1:24-cv-02277 | CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND et al v. Sheets Enterprises, Inc., f/k/a Rapid Industries, Inc. |
| 1:24-cv-03038 | NS International Textiles v. The Partnerships and Unincorporated Associations Identified in Schedule A |
| 1:24-cv-02676 | Blocker v. Biomat USA, Inc. |

### Civil Cases Reassigned from Judge Lefkow

| | |
|---|---|
| 1:22-cv-02650 | Spruiell v. Chicago et al |
| 1:23-cv-02921 | Kim v. Jump Trading, LLC et al |
| 1:23-cv-14278 | Vera et al v. HomeDeliveryLink, Inc. |
| 1:23-cv-17080 | Dimon v. City Of Waukegan |
| 1:24-cv-03873 | Sentry Insurance Company v. Backhus et al |
| 1:24-cv-06306 | Leeds v. BASF Corporation et al |

## Civil Cases Reassigned from Judge Pacold

| | |
|---|---|
| 1:20-cv-03915 | Stallings v. O'Malley |
| 1:22-cv-03435 | McNichols v. Dart et al |
| 1:22-cv-06923 | Myrick v. United States Department of Agriculture Food and Nutrition, The et al |
| 1:23-cv-03424 | Say it Visually, Inc v. Real Estate Education Company, Inc. et al |
| 1:23-cv-05227 | Surchi1, LLC v. The Travelers Indemnity Company of Connecticut |
| 1:23-cv-14417 | Cohan v. Old Navy, LLC |
| 1:24-cv-00518 | Great Bay Condominium Owners Association, Inc. v. National Union Fire Insurance Company of Pittsburgh, Pennsylvania |
| 1:24-cv-01914 | Miles v. Raoul et al |
| 1:24-cv-03481 | Mapp-Williams v. Huntington Bancshares Incorporated, a Maryland corporation d/b/a The Huntington National Bank et al |
| 1:24-cv-04302 | Trustees of the Local No. 1 Health Fund et al v. Krimson Security & Fingerprinting, Inc., d/b/a Signal of DuPage Central |
| 1:24-cv-05246 | Bohemian Home for the Aged v. Global Portfolio Strategies, Inc. et al |
| 1:24-cv-04680 | King v. Trans Union, LLC et al |

## Civil Cases Reassigned from Judge Pallmeyer

| | |
|---|---|
| 1:22-cv-05701 | Leaks v. City of Chicago et al |
| 1:23-cv-03930 | Walton v. Zuckerman |
| 1:23-cv-15282 | HexcelPack, LLC v. Pregis LLC |
| 1:24-cv-00967 | Ojeda v. Dart et al |
| 1:24-cv-01366 | Luttrell v. Deltax LTD et al |

## Civil Cases Reassigned from Judge Rowland

| | |
|---|---|
| 1:21-cv-01593 | Niewiedzial v. Guzman et al |
| 1:22-cv-06076 | Niewiedzial v. Kramer et al |
| 1:22-cv-01820 | Alholm v. Vrdolyak Law Group |
| 1:22-cv-05892 | Walker v. City Of Chicago et al |
| 1:23-cv-02234 | Malloy v. Morrin et al |
| 1:23-cv-04584 | Hart v. AC Pavement Striping Co |
| 1:23-cv-15610 | Franklin et al v. Troy Design & Manufacturing Co. |
| 1:24-cv-00345 | Westra v. United Airlines, Inc. |
| 1:24-cv-01892 | Slack v. Babcock Power Inc. et al |
| 1:24-cv-04290 | Kirkman v. Blitt & Gaines, P.C. |
| 1:24-cv-05061 | Sheth v. National Association of Realtors |
| 1:24-cv-05968 | Godinez v. Episcope Mart, LLC et al |
| 1:24-cv-06226 | HONG KONG LEYUZHEN TECHNOLOGY CO., LTD v. The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto |

## Civil Cases Reassigned from Judge Seeger

| | |
|---|---|
| 1:20-cv-05941 | Love v. Speck et al |
| 1:22-cv-00914 | The Heil Co. v. Wastebuilt Environmental Solutions, LLC |
| 1:22-cv-03998 | Abuatelah v. Vittorio et al |
| 1:22-cv-06470 | Atlas Apartments Acquisitions, LLC et al v. Stifel Nicolaus & Company Inc. et al |
| 1:23-cv-03016 | Zydek et al v. Aziyo Biologics, Inc. et al |
| 1:23-cv-14263 | Hovde et al v. Freud et al |
| 1:23-cv-16942 | Great West Casualty Co. v. CR Express, Inc. et al |
| 1:24-cv-02572 | Other World Computing, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, And Unincorporated Associations Identified On Exhibit A To The Complaint |
| 1:24-cv-03024 | Klein Tools, Inc. v. Leetronics Corporation et al |
| 1:24-cv-04039 | Hough v. HGE FIC I, LLC |
| 1:24-cv-05100 | Dominguez v. Aaron et al |
| 1:24-cv-05993 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Shah

| | |
|---|---|
| 1:20-cv-06463 | Cutrone v. The Allstate Corporation et al |
| 1:22-cv-04198 | Loop Spine & Sports Center, Ltd. v. American College of Medical Quality, Inc. et al |
| 1:22-cv-07352 | Robinson v. Home Depot U.S.A., Inc. |
| 1:23-cv-04265 | Grob v. Walgreen Co. |
| 1:23-cv-14604 | Alma Lasers, Inc. v. Amrit Thandi |
| 1:23-cv-16421 | Tate v. O'Malley |
| 1:24-cv-00812 | Crawford v. Hughes et al |
| 1:24-cv-02262 | Sahil Promotions Inc. v Sunray Entertainment Inc. |
| 1:24-cv-03658 | Elsaw v. Garland et al |
| 1:24-cv-04935 | Roadget Business Pte. Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:24-cv-05620 | Ephraim v. American Heritage Protective Services, Inc. |
| 1:24-cv-06200 | Glenn v. Allied Universal Security |

## Civil Cases Reassigned from Judge Tharp

| | |
|---|---|
| 1:20-cv-06879 | Bureau of Consumer Financial Protection v. FDATR, Inc et al |
| 1:22-cv-00642 | Gibson v. Albertsons Companies, Inc. |
| 1:22-cv-05717 | International Union of Operating Engineers, Local 150, AFL-CIO v. Hogan |
| 1:23-cv-01622 | Knasiak v. O'Malley |
| 1:23-cv-02818 | Doretti v. NorthShore University HealthSystem |
| 1:24-cv-00305 | Martinez Jimenez v. Cafe Basil Groups, LLC et al |
| 1:24-cv-00439 | U.S. Bank Equipment Finance, a division of U.S. Bank National Association v. Onij Group Inc. et al |
| 1:24-cv-01958 | Blackwell et al v. Artis Senior Living of Lakeview, LLC |
| 1:24-cv-02972 | Vizcaino v. Neutron Holdings, Inc. |
| 1:24-cv-04309 | Whitsey v. Union Pacific Railroad Company |
| 1:24-cv-05065 | CenTrust Bank, N.A. v. Allen et al |
| 1:24-cv-05944 | Trustees of the Suburban Teamsters Welfare and Pension Funds v. Roadway Lines Corporation, an Illinois corporation |

## Civil Cases Reassigned from Judge Valderrama

| | |
|---|---|
| 1:21-cv-03655 | Royal Management Corporation v. Gentox Medical Services, LLC |
| 1:22-cv-04282 | Mann v. City of Chicago |

| | | |
|---|---|---|
| 1:23-cv-00894 | | Tyrakowski v. Conagra Foods Inc., Pension Plan et al |
| 1:23-cv-04363 | | Oak Lawn Respiratory and Rehabilitation Center, LLC v. United States Small Business Administration et al |
| | 1:23-cv-04367 | Parkshore Estates Nursing and Rehabilitation Center, LLC v. United States Small Business Administration et al |
| | 1:24-cv-01490 | Forest View Rehabilitation and Nursing Center, LLC v. The United States Small Business Administration et al |
| 1:23-cv-15170 | | Rady v. Panamerican Consulting, LLC |
| 1:24-cv-01472 | | Sucker Punch Gourmet, LLC v. The Pickle Juice Company, LLC |
| 1:24-cv-02934 | | Ibarez v. DSV Air & Sea |
| 1:24-cv-02985 | | Gong v. The Partnerships and Unincorporated Associations Identified in Schedule A |
| 1:24-cv-04124 | | Patel et al v. U.S. Citizenship and Immigration Services et al |
| 1:24-cv-05162 | | Sega Corporation et al v. The Partnerships And Unincorporated Associations Identified On Schedule A, |
| 1:24-cv-05588 | | PNC Bank, National Association, successor by merger to PNC Equipment Finance, LLC v. Stafford Trucking Inc. et al |
| 1:24-cv-06575 | | Bounce Curl, LLC v. The Partnerships and Unincorporated Associations identified in Schedule A |

## Civil Cases Reassigned from Judge Wood

| | |
|---|---|
| 1:20-cv-02335 | G (a minor) et al v. Salesforce.com, Inc. |
| 1:21-cv-05289 | Hanus v. Harting, Inc. of North America |
| 1:22-cv-04900 | Devane v. Instant Brands LLC |
| 1:23-cv-02118 | Davis v. Lawson Products, Inc. |
| 1:23-cv-05246 | Woodard v. SmartMatch Insurance Agency, LLC |
| 1:23-cv-10799 | Davis et al v. The Entities listed on Exhibit 1 |
| 1:23-cv-15604 | Garcia v. Blinken et al |
| 1:23-cv-17015 | Phillips v. Customized Trucking Services Inc. et al |
| 1:24-cv-01407 | Seri v. Dollar Tree Inc. |
| 1:24-cv-03478 | Adames v. Legacy Varin Property Management, LLC |
| 1:24-cv-04360 | Andreacchi v. Marquardt Buick, Inc. et al |
| 1:24-cv-04437 | Grumpy Cat Limited v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |