## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michelle Hanus

                                 Plaintiff,

v.                                             Case No.: 1:21−cv−05289
                                                              Honorable Georgia N Alexakis

Harting, Inc. of North America

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2024:

      MINUTE entry before the Honorable Georgia N Alexakis: The Court has reviewed the parties' joint status report [96]. Defendant/Counter−Plaintiff Harting's motion for partial summary judgment [67] remains under advisement, and this Court will address a timetable for completion of discovery, and any other necessary next steps, following resolution of that motion. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.