# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Michelle Hanus
                               Plaintiff,

v.                                                           Case No.: 1:21−cv−05289
                                                                Honorable Georgia N Alexakis

Harting, Inc. of North America
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 26, 2024:

      MINUTE entry before the Honorable Georgia N Alexakis: For the reasons set forth in the accompanying memorandum opinion and order, the Court grants defendant Harting's motion for partial summary judgment [67], and Count II of Hanus's complaint is dismissed with prejudice. The parties are directed to appear for an in−person hearing status hearing on December 18, 2024 at 9:30 a.m. to discuss their proposed next steps in this matter.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.