IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE HANUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>HARTING, INC. OF NORTH AMERICA,<br><br>Defendant/Counter-Plaintiff. | Case No. 1:21-cv-05289<br><br>Hon. Georgia N. Alexakis |

## UNOPPOSED MOTION TO CONVERT IN-PERSON STATUS HEARING TO TELEPHONIC, AND MOTION TO CONTINUE STATUS HEARING IN THE ALTERNATIVE

Plaintiff/Counter-Defendant Michelle Hanus ("Hanus"), by and through her attorney Josh Sanford of Sanford Law Firm, PLLC, and for her Unopposed Motion to Convert In-Person Status Hearing to Telephonic or, alternatively, Motion to Continue Status Hearing, she states and alleges as follows:

1. On November 26, following its Order granting Defendant Harting's motion for partial summary judgment (ECF No. 67), and dismissing Count II of Hanus's complaint with prejudice, the Court scheduled an in-person status hearing for December 18, 2024 at 9:30 a.m. to discuss the parties proposed next steps in this Matter. ECF No. 98.

2. Since the Court's ruling, the parties have engaged in substantive, good-faith settlement negotiations. Those discussions have progressed significantly, and the parties are optimistic that a resolution may be achieved without the need for further

Page 1 of 3
Michelle Hanus, et al. v. Harting, Inc.
U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-5289
Unopposed Motion to Convert In-Person Status Hearing to Telephonic,
and Motion Continue Status Hearing in the Alternative

judicial intervention.

3. Plaintiff's counsel is based in Arkansas, and the current requirement for in-person attendance in Chicago would necessitate significant time and expense. The parties submit that, under the circumstances, these resources are better allocated to advancing settlement efforts, which may fully resolve the remaining issues in this matter.

4. To conserve judicial resources and minimize unnecessary travel and expense, Plaintiff respectfully requests that the Court convert the in-person status hearing to a telephonic hearing. A telephonic hearing would enable the parties to efficiently update the Court on the progress of settlement discussions while preserving their ability to continue those discussions without interruption.

## ALTERNATIVE REQUEST

5. Alternatively, if the Court deems an in-person hearing necessary, Plaintiff requests a brief continuance of the December 18, 2024, hearing to allow the parties additional time to finalize settlement discussions, potentially obviating the need for the hearing altogether.

6. The requested relief is in the interest of judicial economy and is made in good faith, not for the purpose of delay or prejudice. A telephonic hearing or brief continuance will conserve the resources of both the Court and the parties while facilitating ongoing settlement efforts.

WHEREFORE, premises considered, Plaintiff/Counter-Defendant Michelle Hanus respectfully requests that the Court enter an order converting the in-person status hearing currently scheduled for December 18, 2024, at 9:30 a.m. to a telephonic

Page 2 of 3
Michelle Hanus, et al. v. Harting, Inc.
U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-5289
Unopposed Motion to Convert In-Person Status Hearing to Telephonic,
and Motion Continue Status Hearing in the Alternative

hearing or, alternatively, continuing the hearing to a later date pending further updates on the progress of the parties' settlement discussions

      Respectfully submitted,

**PLAINTIFF/COUNTER
DEFENDANT MICHELLE HANUS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 3 of 3
Michelle Hanus, et al. v. Harting, Inc.
U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-5289
Unopposed Motion to Convert In-Person Status Hearing to Telephonic,
and Motion Continue Status Hearing in the Alternative