**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Michelle Hanus
                         Plaintiff,

v.                                                  Case No.: 1:21−cv−05289
                                                        Honorable Georgia N Alexakis

Harting, Inc. of North America
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2024:

       MINUTE entry before the Honorable Georgia N Alexakis: Plaintiff's unopposed motion to convert the 12/18/24 in−person status hearing to a status hearing that will be conducted via remote means is granted [100]. The Courtroom Deputy will provide the parties with details on how to join the status hearing via WebEx. All counsel are directed to participate in the status hearing via WebEx.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.