IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE HANUS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>HARTING, INC. OF NORTH AMERICA,<br><br>        Defendant/Counter-Plaintiff. | Case No. 1:21-cv-05289<br><br>Hon. Georgia N. Alexakis |

_____

### PLAINTIFF'S NOTICE RE: ECFs 100 and 101

    Plaintiff/Counter-Defendant Michelle Hanus ("Hanus"), by and through her attorney Josh Sanford of Sanford Law Firm, PLLC, and for her Notice Re: ECFs 100 and 101 states and alleges as follows:

    1.    **Plaintiff is not requesting any relief by the filing of the instant Notice.**

    2.    On December 13, Plaintiff filed two separate Motions compressed into one filing. ECF No. 100. Part of the relief sought was granted by the Court. ECF No. 101. Plaintiff appreciates the Court's incredibly quick work in eliminating counsel's travel for the status conference.

    3.    Following the filing of ECF No. 101 on December 13, counsel for the Parties conferred via email regarding ECF No. 100, and they reached an agreement that counsel for Plaintiff would withdraw ECF No. 100 and refile a simpler motion that related only to the request to appear remotely on December 18th—which is the relief

Page 1 of 2
Michelle Hanus, et al. v. Harting, Inc.
U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-5289
Plaintiff's Notice Re: ECFs 100 and 101

that the Court granted this morning.

4. This Notice is filed only to suggest to the Court that, had another hour or so passed before the entry of ECF No. 101, Plaintiff would have withdrawn ECF No. 100 and filed a simpler request asking only for the relief which the Court granted in ECF No. 101, and further walking back many of the statements contained in ECF No. 100 about the nature and quality of the Parties discussions about the resolution of the case and simplifying the request for relief.

    Respectfully submitted,

**PLAINTIFF/COUNTER DEFENDANT MICHELLE HANUS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 2
Michelle Hanus, et al. v. Harting, Inc.
U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-5289
Plaintiff's Notice Re: ECFs 100 and 101**