UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Michelle Hanus
                    Plaintiff,

v.                                       Case No.: 1:21−cv−05289
                                                              Honorable Georgia N Alexakis

Harting, Inc. of North America
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 18, 2024:

        MINUTE entry before the Honorable Georgia N Alexakis: Status hearing held on 12/18/24. The parties report that they are engaged in settlement negotiations. By 1/20/25, the parties should file a joint report on the status of those negotiations and propose a briefing schedule for any motion for attorneys' fees.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.