**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE HANUS, individually and on behalf of all others similarly situated,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>HARTING, INC. OF NORTH AMERICA,<br><br>Defendant/Counter-Plaintiff. | Case No. 1:21-cv-05289<br><br>Hon. Georgia N. Alexakis |

**JOINT STATUS REPORT**

Plaintiff/Counter-Defendant Michelle Hanus ("Hanus") and Defendant/Counter-Plaintiff HARTING, Inc. of North America ("HARTING"), by and through their respective undersigned counsel, submit this Joint Status Report pursuant to the Court's Order dated December 18, 2024 (ECF No. 103).

1. On November 26, 2024, the Court issued a Memorandum Opinion and Order granting HARTING's motion for partial summary judgment. ECF No. 99. The Court held that HARTING is entitled to judgment as a matter of law on its counterclaim against Hanus for breach of contract. *Id.* at 11. Relatedly, the Court dismissed Count II of Hanus's complaint, which sought to proceed with a collective action under the Fair Labor Standards Act, with prejudice. *Id.*

2. On December 18, 2024, in a telephonic status conference, the parties informed the Court that following the Court's November 26, 2024 Order, they had discussed a potential resolution of the case. HARTING also indicated that, absent such a resolution, it intended to move forward with filing a motion for attorneys' fees in light of the Court's recent summary judgment

ruling. The Court directed the parties to report back, by January 20, 2025, on their discussions and to submit a proposed briefing schedule on HARTING's motion for attorneys' fees. ECF No. 103.[1]

3. The parties have come to a preliminary resolution of this action, in its entirety, and are in the initial process of preparing related documentation to that effect. Accordingly, the parties request that the Court temporarily adjourn a briefing schedule on HARTING's anticipated motion for attorneys' fees, because such briefing by the parties—and the Court's resources needed to resolve those issues—may be unnecessary. The parties also respectfully request that, if the parties have not requested dismissal in the interim, the Court set February 28, 2025 as the deadline for another joint status report on their progress toward resolution of the case.

Date: January 21, 2025     Respectfully submitted,

/s/ *Josh Sanford*          /s/ *Andrew S. Rosenman*
Josh Sanford               Andrew S. Rosenman
Sanford Law Firm, PLLC     Sofia B. Orelo
10800 Financial Centre Parkway, Suite 510   MAYER BROWN LLP
Little Rock, AR 72211      71 South Wacker Drive
(501) 221-0088             Chicago, IL 60606
josh@sanfordlawfirm.com    (312) 782-0600
                           arosenman@mayerbrown.com
*Counsel for Plaintiff/Counter-Defendant*   sorelo@mayerbrown.com

                           *Counsel for Defendant/Counter-Plaintiff*

---

[1] Because January 20, 2025 was a federal holiday, the parties are submitting this joint status report on January 21.