## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Michelle Hanus
                        Plaintiff,

v.                                                 Case No.: 1:21−cv−05289
                                                        Honorable Georgia N Alexakis

Harting, Inc. of North America
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2025:

        MINUTE entry before the Honorable Georgia N Alexakis: The Court has reviewed the parties' joint status report [105]. The parties are directed to file another joint status report by 2/28/25 on their progress toward resolution of the case, unless the parties have not requested dismissal of the action before then. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.