**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHELLE HANUS, individually and on behalf of all others similarly situated, | |
| Plaintiff/Counter-Defendant, | Case No. 1:21-cv-05289 |
| v. | Hon. Georgia N. Alexakis |
| HARTING, INC. OF NORTH AMERICA, | |
| Defendant/Counter-Plaintiff. | |

**JOINT STATUS REPORT**

Plaintiff/Counter-Defendant Michelle Hanus ("Hanus") and Defendant/Counter-Plaintiff HARTING, Inc. of North America ("HARTING"), by and through their respective undersigned counsel, submit this Joint Status Report pursuant to the Court's Order dated January 22, 2025 (ECF No. 106).

1. The parties have made significant progress towards resolution of the case and are close to finalizing a dismissal agreement. Accordingly, the parties respectfully request that, if the parties have not requested dismissal in the interim, the Court set March 31, 2025 as the deadline for another joint status report on their progress toward resolution of the case.

Date: February 28, 2025                                                         Respectfully submitted,

| | |
|---|---|
| /s/ *Josh Sanford* | /s/ *Andrew S. Rosenman* |
| Josh Sanford | Andrew S. Rosenman |
| Sanford Law Firm, PLLC | Sofia B. Orelo |
| 10800 Financial Centre Parkway, Suite 510 | MAYER BROWN LLP |
| Little Rock, AR 72211 | 71 South Wacker Drive |
| (501) 221-0088 | Chicago, IL 60606 |
| josh@sanfordlawfirm.com | (312) 782-0600 |
| | arosenman@mayerbrown.com |
| | sorelo@mayerbrown.com |
| *Counsel for Plaintiff/Counter-Defendant* | |
| | *Counsel for Defendant/Counter-Plaintiff* |