IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELLE HANUS, individually and on behalf of all others similarly situated,<br><br>   Plaintiff/Counter-Defendant,<br><br>v.<br><br>HARTING, INC. OF NORTH AMERICA,<br><br>   Defendant/Counter-Plaintiff. | Case No. 1:21-cv-05289<br><br>Hon. Georgia N. Alexakis |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel of record and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own costs and attorneys' fees, except as have been conditionally reserved in favor of HARTING through the parties' Dismissal Agreement.

Date: March 18, 2025               Respectfully submitted,

| | |
|---|---|
| /s/ *Josh Sanford*<br>Josh Sanford<br>SANFORD LAW FIRM, PLLC<br>10800 Financial Centre Parkway, Suite 510<br>Little Rock, AR 72211<br>(501) 221-0088<br>josh@sanfordlawfirm.com<br><br>*Counsel for Plaintiff/Counter-Defendant* | /s/ *Andrew S. Rosenman*<br>Andrew S. Rosenman<br>Sofia B. Orelo<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>arosenman@mayerbrown.com<br>sorelo@mayerbrown.com<br><br>*Counsel for Defendant/Counter-Plaintiff* |