# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Michelle Hanus

                                        Plaintiff,

v.                                                          Case No.: 1:21–cv–05289
                                                            Honorable Georgia N Alexakis

Harting, Inc. of North America

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2025:

      MINUTE entry before the Honorable Georgia N Alexakis:Pursuant to the parties' stipulation of dismissal per the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees, except as have been conditionally reserved in favor of Harting through the parties' dismissal agreement. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.